UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VARINDER KUMAR, | ) | 1:06-CV-01730 AWI NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| ALBERTO R. GONZALES, et al., | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a detainee of the United States Bureau of Immigration and Customs Enforcement proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order. Over ten (10) days have passed and no party has filed objections. The Court notes the Findings and Recommendation was returned by the U.S. Postal Service as undeliverable with a notation that

1  Petitioner was out of custody.
2       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
3  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
4  and Recommendation is supported by the record and proper analysis.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1. The Findings and Recommendation issued January 9, 2007, is ADOPTED IN FULL;
7       2. The petition for writ of habeas corpus is DISMISSED; and
8       3. The Clerk of the Court is DIRECTED to enter judgment.
9
10 IT IS SO ORDERED.
11 **Dated:   March 13, 2007**                              /s/ **Anthony W. Ishii**
    0m8i78                                                    UNITED STATES DISTRICT JUDGE